# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DIMURO, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation, WAL-MART STORES, INC., a Delaware Corporation, WALMART INC., a Delaware Corporation, and DOES 1 to 100,<br><br>　　　　　Defendants. | Case No.  3:21-cv-00534-DMS-JLB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL CIVIL RULE 12.1** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED:

Defendants' deadline for filing a responsive pleading is extended to April 26, 2021.

Dated:  April 1, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court