UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA DIMURO,<br><br>                                  Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; WAL-MART STORES, INC., a Delaware Corporation; WAL-MART INC., a Delaware Corporation; and DOES 1 through 100,<br><br>                                  Defendants. | Case No.: 21cv534 DMS (JLB)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO CONTINUE HEARING ON MOTION TO REMAND** |

This case comes before the Court on Plaintiff's ex parte motion to continue the hearing on Plaintiff's motion to remand. Plaintiff requests that the hearing, which is currently scheduled for May 28, 2021, be continued to July 2, 2021, which is the date set for hearing on Plaintiff's recently filed motion for leave to amend her Complaint. In that motion, Plaintiff seeks leave to amend her Complaint to dismiss her federal claim, and thereby divest this Court of subject matter jurisdiction. Defendants oppose Plaintiff's motion to remand and the present ex parte motion. They state the motion to remand is fully briefed and ready for disposition by the Court, and argue the Court can and should resolve the issues raised therein without regard to Plaintiff's motion for leave to amend.

Although Defendants are correct that the motion to remand is fully briefed and ready for disposition, the Court agrees with Plaintiff that the issues raised therein may be affected by Plaintiff's motion for leave to amend. Accordingly, Plaintiff's ex parte motion to continue the hearing date on her motion to remand is granted. That hearing is hereby continued to July 2, 2021, at 1:30 p.m. Defendants should proceed to file their opposition to Plaintiff's motion for leave to amend in accordance with the Court's Civil Local Rules, and in that opposition they should address the interplay, if any, between the two motions, and specifically, whether the Court should retain jurisdiction over the pendant state law claims or remand the case if the motion for leave to amend is granted and the federal claim is dismissed.

**IT IS SO ORDERED**.

Dated: May 26, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court